UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:
    Twins Electric Corporation,
        Debtor

Case No.   14-13408

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Alfonso Di Fusco<br>46 Baron Drive<br>Hopewell, NY 12533 | common | 10% | equity |
| Anthony Di Fusco<br>25 Brigham Lane<br>Hopewell, NY 12533 | common | 30% | equity |
| Frank Di Fusco<br>36 Lees Way<br>Hopewell, NY 12533 | common | 30% | equity |
| Steven Di Fusco<br>171 Sandy Pines Blvd.<br>Hopewell, NY 12533 | common | 30% | equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, <u>Anthony Di Fusco, Vice President</u> of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: 12/17/2014

Signature: *[signed]*
Printed Name: Anthony Di Fusco
Title: Vice President

**Penalty for making a false statement or concealing property:** Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.